# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARY SMITH, Guardian of B.W.,**
**and B.W., Individually**                                                              **PLAINTIFFS**

v.                        No. 3:24-cv-100-DPM

**OSCEOLA SCHOOL DISTRICT;**
**ARKANSAS DEPARTMENT OF**
**EDUCATION; and JACOB OLIVA,**
**Secretary, Arkansas Department of Education**         **DEFENDANTS**

## ORDER

Motion to reconsider, *Doc. 41*, denied. Smith and B.W. didn't plead enough facts to state a claim against the Arkansas Department of Education or Secretary Oliva. The Court directs the Clerk to terminate them as parties.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 January 2026