**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARY SMITH, Guardian of B.W., and B.W., Individually** **PLAINTIFFS**

**v.** **No. 3:24-cv-100-DPM**

**OSCEOLA SCHOOL DISTRICT; ARKANSAS DEPARTMENT OF EDUCATION; and JACOB OLIVA, Secretary, Arkansas Department of Education** **DEFENDANTs**

# JUDGMENT

**1.** All of Smith's claims against the Arkansas Department of Education and Secretary Oliva are dismissed without prejudice.

**2.** Smith's claims under the Americans with Disabilities Act and the Rehabilitation Act are dismissed with prejudice. Her state law negligence claim is dismissed with prejudice, too.

**3.** The Court affirmed the hearing officer's decision granting Smith some relief under the IDEA and denied her claims for additional relief under that statute. She is entitled to a reasonable attorney's fee for her partial success. 20 U.S.C. § 1415(i)(3)(B). The Court awards a fee of $7,500. Post-judgment interest will accrue at 4.48% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 October 2026